```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 15749
   CASSANDRA Y MCDONALD LYNCH
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-7236


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/30/2007 and was not confirmed.

     The case was dismissed without confirmation 12/06/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------

COMMONWEALTH EDISON         UNSECURED            641.96        .00            .00
MIDLAND CREDIT MANAGEMEN    UNSECURED            116.92        .00            .00
DRIVE FINANCIAL SERVICES    SECURED VEHIC           .00        .00            .00
DRIVE FINANCIAL SERVICES    UNSECURED        NOT FILED         .00            .00
CINGULAR                    UNSECURED        NOT FILED         .00            .00
ARNOLD SCOTT HARRIS         UNSECURED        NOT FILED         .00            .00
FIRST PREMIER               UNSECURED        NOT FILED         .00            .00
CB USA INC                  UNSECURED             60.00        .00            .00
CHECK INTO CASH             UNSECURED        NOT FILED         .00            .00
CITY OF CHICAGO PARKING     UNSECURED        NOT FILED         .00            .00
COMMONWEALTH EDISON         UNSECURED        NOT FILED         .00            .00
COMCAST                     UNSECURED        NOT FILED         .00            .00
AT&T BROADBAND              UNSECURED        NOT FILED         .00            .00
LAKE IMAGING LLC            UNSECURED        NOT FILED         .00            .00
S M H ELECTROCARDIOHRAPH    UNSECURED        NOT FILED         .00            .00
PATHOLOGY ASSOCIATES OF     UNSECURED        NOT FILED         .00            .00
PATHOLOGY ASSOCIATES OF     UNSECURED        NOT FILED         .00            .00
HOUSEHOLD RECOVERY SERVI    UNSECURED        NOT FILED         .00            .00
IQ TELECOM                  UNSECURED        NOT FILED         .00            .00
IQ TELECOM                  UNSECURED        NOT FILED         .00            .00
KCA FINANCIAL SERVICES      UNSECURED        NOT FILED         .00            .00
KOMYATTASSOC                UNSECURED        NOT FILED         .00            .00
ST MARGARET MERCY MED AS    UNSECURED        NOT FILED         .00            .00
EVERGREEN MEDICAL SPECIA    UNSECURED        NOT FILED         .00            .00
AMERITECH                   UNSECURED        NOT FILED         .00            .00
ST MARGARET HOSPITAL        UNSECURED        NOT FILED         .00            .00
ST MARGARET MERCY           UNSECURED        NOT FILED         .00            .00
ST MARGARET MERCY           UNSECURED        NOT FILED         .00            .00
ROUNDUP FUNDING LLC         UNSECURED            627.50        .00            .00
NICOR GAS                   UNSECURED        NOT FILED         .00            .00
MCI COMMUNICATIONS          UNSECURED        NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED            420.53        .00            .00
PROFESSIONAL ACCOUNT MGM    UNSECURED        NOT FILED         .00            .00
SUN CASH                    UNSECURED        NOT FILED         .00            .00
WEST ASSET MANAGEMENT       UNSECURED        NOT FILED         .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 15749 CASSANDRA Y MCDONALD LYNCH
```

```
ZALUTSKY & PINSKI         UNSECURED            3120.17              .00              .00
CUSTOM COLLECTION SERVIC  UNSECURED             357.00              .00              .00
SANTANDER CONSUMER USA    SECURED NOT I       18774.49              .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY             .00                                .00
TOM VAUGHN                TRUSTEE                                                    .00
DEBTOR REFUND             REFUND                                                     .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------   ---------------
TOTALS                         .00                    .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 03/27/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```